UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 19-24895-CIV-GRAHAM/MCALILEY

TATYANA MESHCHANINOVA,

    Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court on the Report of the Magistrate Judge regarding the parties' Motions for Summary Judgment [ECF Nos. 33 and 34].

**THIS MATTER** was initiated when Plaintiff filed this action seeking review of an Administrative Law Judge's (the "ALJ") determination that she was no longer disabled and reinstatement of disability benefits [ECF No. 1]. Plaintiff also challenges the Appeals Council's decision to decline to review the decision of the ALJ. *Id.* The matter was assigned to the Honorable United States Magistrate Judge Chris McAliley pursuant to the Clerk's Order [ECF No. 2].

The Magistrate Judge issued a Report [ECF No. 37] recommending that Plaintiff's Motion for Summary Judgment [ECF No. 33] be

1

denied, and Defendant's Motion for Summary Judgment [ECF No. 34] be granted. The parties did not file any timely objections to the Magistrate Judge's report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that the United States Magistrate Judge's Report [ECF No. 37] is **RATIFIED, AFFIRMED and APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [ECF No. 33] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [ECF No. 34] is **GRANTED**. The decision of the Commissioner is **AFFIRMED** and **FINAL JUDGMENT** shall be entered in favor of the Defendant, Andrew Saul, Commissioner of Social Security and against the Plaintiff, Tatyana Meshchaninova. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of March, 2021.

                                         s/ Donald L. Graham
                                         DONALD L. GRAHAM
                                         UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge McAliley
     All Counsel of Record